Opinion filed July 21, 2011



In The

# Eleventh Court of Appeals

_____

## No. 11-05-00264-CV

_____

## THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND FOUR PARTNERS, LLC D/B/A PRIZM PARTNERS AND D/B/A UNITED COMMERCIAL PROPERTY SERVICES, Appellants

## V.

## ITALIAN COWBOY PARTNERS, LTD., FRANCESCO SECCHI, AND JANE SECCHI, Appellees

### On Appeal from the County Court at Law No. 3

### Dallas County, Texas

### Trial Court Cause No. CC-01-07465-C

### MEMORANDUM OPINION ON REMAND

The Prudential Insurance Company of America and Four Partners, LLC d/b/a Prizm Partners and d/b/a United Commercial Property Services are the appellants in this appeal. They have filed an unopposed motion to dismiss the appeal. In the motion, appellants state that they "hereby move this Court to dismiss this appeal. Appellees Italian Cowboy Partners, Ltd., Francesco Secchi, and Jane Secchi do not oppose this Motion."

Appellants have cited Tex. R. App. P. 42.1(a)(2) as the procedural basis for their requested dismissal. This specific provision pertains to dismissals by agreement. In this regard, appellants have not indicated that the requested dismissal is based upon an agreement nor have they filed a written settlement agreement with the clerk. Accordingly, we will consider their requested dismissal pursuant to Tex. R. App. P. 42.1(a)(1). Therefore, in accordance with appellants' request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

July 21, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Hill, J.[1]

---

[1]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.